W. A. CHANDLER, *as Constable, etc.,* v. CYNTHIA A. PARKER. No. 12,706. (70 Pac. 368.) Error from Washington district court. Opinion filed October 11, 1902. *In banc. Affirmed.* Hamilton & Harmon, and R. C. Miller, for plaintiff in error. Edgar Bennett, for defendant in error.

THE MISSOURI PACIFIC RAILWAY COMPANY v. S. H. McCULLOUGH. No. 12,720. (70 Pac. 364.) Error from Dickinson district court. Opinion filed October 11, 1902. *In banc. Affirmed.* Waggener, Horton & Orr, for plaintiff in error. R. H. Kane, for defendant in error.

T. N. DAVIS v. THE JACOB DOLD PACKING COMPANY. No. 12,726. (70 Pac. 1131.) Error from Shawnee district court. Opinion filed October 11, 1902. *In banc. Affirmed.* Vance & Campbell, for plaintiff in error. George E. Stoker, for defendant in error.

SARAH F. REEVES *et al.* v. THE SUPREME LODGE OF PATRIARCHS OF AMERICA *et al.* No. 12,752. (70 Pac. 357.) Error from Labette district court. Opinion filed October 11, 1902. *In banc. Affirmed.* H. P. Farrelly, and John J. Jones, for plaintiffs in error. M. E. Williams, for defendants in error.

THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY v. J. S. LIGGETT. No. 12,759. (70 Pac. 1130.) Error from Kingman district court. Opinion filed October 11, 1902. *In banc. Affirmed.* A. A. Hurd, and O. J. Wood, for plaintiff in error. C. W. Fairchild, for defendant in error.

A. P. BOOHER, *as Trustee, etc.,* v. SARAH E. WISNER. No. 12,285. (70 Pac. 581.) Error from Barber district court. Opinion filed November 8, 1902. *In banc. Dismissed.* Samuel Griffin, for plaintiff in error. E. Sample, and Noble & Tincher, for defendant in error.

W. D. JORDAN v. HENRY MILES, *as Trustee.* No. 12,305. (70 Pac. 1133.) Error from Cowley district court. Opinion filed November 8, 1902. *In banc. Affirmed.* G. H. Buckman, for plaintiff in error. Hackney & Lafferty, for defendant in error.

G. W. DeCAMP *et al.* v. THE WARREN MORTGAGE COMPANY. No. 12,591. (70 Pac. 581.) Error from Lyon district court. Opinion filed November 8, 1902. *In banc. Affirmed.* G. W. DeCamp, for plaintiffs in error. Graves & Hamer, and Kellogg & Madden, for defendant in error.

S. W. COOPER v. MARTHA B. HAYTHORN *et al.* No. 12,619. (70 Pac. 581.) Error from Sedgwick district court. Opinion filed November 8, 1902. *In banc. Affirmed,* on rehearing. Stanley. Vermilion & Evans, and Isaac P. Campbell, for plaintiff in error. O. A. Keach, and S. B. Amidon, for defendant Martha B. Haythorn.

ALBERT J. MOHRBACKER v THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. No. 12,668. (70 Pac. 1133.) Error from Wyandotte court of common pleas. Opinion filed November 8, 1902. *In banc. Affirmed.* Sutton, Maher & Sutton, for plaintiff in error. A. A. Hurd, and O. J. Wood, for defendant in error.